AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

COPY

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CAMP, JACK T | U.S DISTRICT CT, NORTHERN GA | 04/23/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE, ACTIVE | ☐ Nomination, Date <br> ☐ Initial  ☑ Annual  ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2007 <br> to <br> 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 18 GREENVILLE STREET <br> PO BOX 939 <br> NEWNAN, GA 30264 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner (1/3 interest) | Nautilus Joint Venture, Newnan, GA ▉ |
| 2. Partner (17% interest) | Handy Land & Timber, L.L.L.p., Newnan, GA ▉ |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 19 A 11:48 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Admirality Law Institute | 03/14/07 to 03/16/07 | New Orleans, LA | Admirality Law Institute | Transportation, food, lodging |
| 2. | AO | 04/26/07 to 04/27/07 | Washington, D.C. | Chief Judges Conference | Transportation, food, lodging |
| 3. | NDGA (D11GANJ Fund) | 05/02/07 to 05/05/07 | Atlanta, GA | Circuit Judicial Conf. | Transportation, food. lodging |
| 4. | AEI-Brookings Judicial Educational Program | 06/20/07 to 06/22/07 | Washington, D.C. | Judicial Symposium on Sci | Transportation, food, lodging |
| 5. | NDGA (D11GANJ Fund) | 09/23/07 to 09/25/07 | Clarksville, GA | Judges Retreat | Transportation, food, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| CAMP, JACK T | 04/23/2008 |

| 6. | GML&E Center | 10/18/07 to 10/21/07 | San Diego, CA | G. Mason Law & Economics | Transportation, food, lodging |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| CAMP, JACK T | 04/23/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Invest Financial Corp-General Investment Account | Margin Loan | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAMP, JACK T | 04/23/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T (common) | B | Dividend | L | T | | | | | See Part VIII |
| 2. Boeing (common stock) | A | Dividend | J | T | | | | | |
| 3. Comcast | | None | J | T | Stock split | 02/21 | J | A | 3 for 2 split |
| 4. Deere & Co (common stock) | A | Dividend | J | T | Stock split | 12/03 | J | C | 2 for 1 split |
| 5. Alcatel-Lucent (common stock) | | None | J | T | | | | | See Part VIII |
| 6. Rockwell Collins (common stock) | A | Dividend | K | T | | | | | See Part VIII |
| 7. Rockwell Automation Inc | A | Dividend | K | T | | | | | See Part VIII |
| 8. QWest, formerly known as US West (common stock) | | None | J | T | | | | | |
| 9. Verizon, formerly Bell Atlantic | A | Dividend | J | T | | | | | |
| 10. Vodaphone | A | Dividend | J | T | | | | | |
| 11. Energy South(X) | A | Dividend | J | T | | | | | See Part VIII-Incr in FMV |
| 12. Idearc, Inc.(X) | | None | | | Sell | 03/05 | J | A | See Part VIII |
| 13. | | | | | | | | | |
| 14. INVEST FINANCIAL-General Investment Account | | | | | | | | | |
| 15. Prime Fund-Capital Reserves (Money Market) | A | Interest | K | T | | | | | |
| 16. Aegon NV | A | Dividend | J | T | | | | | |
| 17. BB&T Corp. | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAMP, JACK T | 04/23/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Synovus Finl. Corp. | C | Dividend | M | T | | | | | |
| 19. | | | | | | | | | |
| 20. NATIONAL FINANCIAL SERVICES LLC (IRA) | | | | | | | | | See Part VIII |
| 21. Prime Fund-Capital Reserves (Money Market) | A | Interest | J | T | | | | | |
| 22. S&P 500 | A | Dividend | J | T | | | | | |
| 23. Caterpillar, Inc. | A | Dividend | K | T | | | | | Increase in market value |
| 24. Mastercard, Inc. Class A | A | Dividend | K | T | | | | | Increase in market value |
| 25. DWS Dreman High Return Class B | A | Dividend | J | T | | | | | |
| 26. Texas Instruments | A | Dividend | J | T | | | | | |
| 27. | | | | | | | | | |
| 28. | | | | | | | | | |
| 29. NATIONAL FINANCIAL SERVICES LLC (ROLLOVER IRA) | | | | | | | | | See Part VIII |
| 30. Prime Fund-Capital Reserves (Money Market) | A | Dividend | L | T | | | | | |
| 31. BB&T Corp. | D | Dividend | M | T | | | | | |
| 32. Caterpillar, Inc. | A | Dividend | J | T | | | | | |
| 33. Deere & Company | A | Dividend | K | T | | | | | |
| 34. Home Depot, Inc. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAMP, JACK T | 04/23/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DWS Dreham High Return-Class B | A | Dividend | K | T | | | | | |
| 36. Eaton Vance Worldwide Health Sciences-Class B | A | Dividend | K | T | | | | | |
| 37. Exxon Mobil Corp | A | Dividend | K | T | | | | | |
| 38. FPC CAP 1 Quarterly Income PFD SECS SERA | A | Dividend | J | T | | | | | |
| 39. Intel Corp. NFS, Inc. | A | Dividend | J | T | | | | | |
| 40. Microsoft Corp NFS, Inc. | A | Dividend | J | T | | | | | |
| 41. Costco Wholesale Corp. | A | Dividend | J | T | | | | | |
| 42. General Electric Co. | A | Dividend | J | T | | | | | |
| 43. Novartis AG ADR ISIN | A | Dividend | K | T | | | | | |
| 44. Kinder Morgan Energy Partners | B | Dividend | K | T | | | | | |
| 45. EnergySouth, Inc. | A | Dividend | J | T | | | | | |
| 46. Forest Laboratories, Inc. | A | Dividend | J | T | | | | | |
| 47. Intuit Inc. | A | Dividend | J | T | | | | | |
| 48. | | | | | | | | | |
| 49. USAA IRA Account | | | | | | | | | |
| 50. USAA Income Stock Fund | B | Dividend | K | T | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAMP, JACK T | 04/23/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. EDWARD JONES IRA-E.T. Camp | | | | | | | | | |
| 53. Cash | A | Int./Div. | J | T | | | | | |
| 54. Fidelity Advisor Series II Growth Opportunities | A | Dividend | K | T | | | | | |
| 55. Lord Abbett Affiliated Fund | A | Dividend | J | T | | | | | |
| 56. Lord Abbett Bond Debenture Fund | A | Dividend | J | T | | | | | |
| 57. | | | | | | | | | |
| 58. EDWARD JONES ACCT-E.T.Camp | | | | | | | | | |
| 59. Money Market | A | Dividend | J | T | | | | | |
| 60. Capital Income Builder Fund | A | Dividend | J | T | | | | | |
| 61. Capital World Growth & Income Fund | A | Dividend | J | T | | | | | |
| 62. Putnam Fund for Growth & Income | A | Dividend | J | T | | | | | |
| 63. VanKampen Equity & Income Fund | A | Dividend | J | T | | | | | |
| 64. | | | | | | | | | |
| 65. USAA-CUSTODIAL | | | | | | | | | |
| 66. Income Stock Fund | A | Dividend | J | T | | | | | |
| 67. | | | | | | | | | |
| 68. Georgia Higher Education Savings Plan-Custodial | B | Dividend | J | T | PT Redeemed | 08/01 | J | B | See Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| CAMP, JACK T | 04/23/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 69. | | | | | | | | | |
| 70. SOUTHWEST GA BANK-IRA | | | | | | | | | |
| 71. Deere & Co | A. | Dividend | J | T | | | | | |
| 72. Southwest Georgia Financial Corp. (common stock) | C | Dividend | L | T | | | | | |
| 73. Cash-Southwest GA Bank | A | Interest | J | T | | | | | |
| 74. Savings-Southwest GA Bank | A | Interest | K | T | | | | | |
| 75. Caterpillar | A | Dividend | J | T | | | | | |
| 76. | | | | | | | | | |
| 77. USAA BROKERAGE ACCOUNT | | | | | | | | | |
| 78. USAA Money Market Fund | A | Dividend | J | T | | | | | |
| 79. Carmax, Inc. | | None | J | T | | | | | |
| 80. Texas Instruments | A | Dividend | J | T | Buy | 02/01 | J | | |
| 81. USAA Emerging Markets | A | Dividend | K | T | Buy | 02/01 | K | | |
| 82. USAA Extended Markets | A | Dividend | J | T | Buy | 02/01 | J | | |
| 83. USAA S&P 500 Index Member | A | Dividend | J | T | Buy | 02/01 | J | | |
| 84. | | | | | | | | | |
| 85. Associated Credit Union(X) | A | Interest | J | T | | | | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,000 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. USAA Federal Savings Bank-Checking | A | Interest | K | T | | | | | |
| 87. USAA Federal Savings Bank-Money Market | D | Interest | N | T | | | | | |
| 88. BB&T | A | Interest | J | T | | | | | |
| 89. | | | | | | | | | |
| 90. Nautilus Joint Venture, Coweta County, GA | E | Rent | K | W | | | | | |
| 91. | | | | | | | | | |
| 92. ▮▮▮▮▮, Coweta County, GA-▮▮ | | None | L | W | | | | | |
| 93. ▮▮▮▮▮ Heard Co., GA | | None | M | W | | | | | |
| 94. Agricultural land, ▮▮▮▮▮ Coweta Co., GA | | None | M | W | | | | | |
| 95. ▮▮▮▮▮ Coweta County, GA | | None | L | W | | | | | |
| 96. ▮▮▮▮▮ Coweta Co., GA | | None | L | W | | | | | |
| 97. Handy Land &Timber, F.L.L.P., Coweta Co., GA | | None | P1 | W | | | | | |
| 98. Rental Property #1, Coweta County, GA | C | Rent | L | W | | | | | |
| 99. Rental Property #2, Coweta County, GA | A | Rent | M | W | | | | | |
| 100. ▮▮▮▮▮, Coweta Co., GA | | None | M | W | | | | | |
| 101. ▮▮▮▮▮, Coweta County, GA | | None | O | Q | | | | | See Part VIII |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =S1,000 or less F =S50,001 - S100,000 | B =S1,001 - S2,500 G =S100,001 - S1,000,000 | C =S2,501 - S5,000 H1 =S1,000,001 - S5,000,000 | D =S5,001 - S15,000 H2 =More than S5,000,000 | E =S15,001 - S50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =S15,000 or less N =S250,001 - S500,000 P3 =S25,000,001 - S50,000,000 | K =S15,001 - S50,000 O =S500,001 - S1,000,000 | L =S50,001 - S100,000 P1 =S1,000,001 - S5,000,000 P4 =More than S50,000,000 | M =S100,001 - S250,000 P2 =S5,000,001 - S25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAMP, JACK T | 04/23/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII Line 1: Income increase to next level due to number of shares increased from merger with BellSouth last year. Gross value increase due to the merger also.

Part VII Line 5: Stock name changed from Lucent Technologies to Alcatel-Lucent.

Part VII Line 6 & 7: Rockwell Collins and Rockwell Automation were reported as one stock last year, this year they are separated.

Part VII Line 11: This stock was not reported last year. The dividends were less than $100 and the stock value was less than $1000. Reported this year as value is over $1000.

Part VII Line 12: This stock was not reported last year. There were no dividends and the stock value was less than $1000. The stock was sold this year.

Part VII Line 20: Change name of reporting Brokerage Firm to National Finanacial Services, LLC agent for Fidelity Management Trust Co.

Part VII Line 29: Change name of reporting Brokerage Firm to National Financial Services, LLC agent for Fidelity Management Trust Co.

Part VII Line 68: Education savings plan distribution in August 2007, used to pay tuition, was part basis and part earnings. There is a remaingin balance at 12/31/07 that will be distrubuted for tuition in 2008.

Part VII Line 85: This account was exempt from prior reporting. Earnings are less than $200 and account value was less than $5000.

Part VII Line 101: This land was a new acquisition 05/06/2006. The appraisal was done at the time of the purchase. There has not been a new appraisal since.

| Name of Person Reporting | Date of Report |
|---|---|
| CAMP, JACK T | 04/23/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Si

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544